Gmail                                                                      John Bailey <jhbii007@gmail.com>

## Re: U.S. Federal Court Summons

**John Bailey** <jhbii007@gmail.com>                                              Wed, Dec 18, 2019 at 4:05 PM
Draft

---------- Forwarded message ----------
From: **John Bailey II** <jbailey@ambitrace.app>
Date: Wed, Dec 18, 2019 at 4:02 PM
Subject: Re: U.S. Federal Court Summons
To: JUSTICE Parquet General <parquet.general@justice.etat.lu>

Hi Tessy, thank you for getting back to me. I have already sent you the stamped official hard copies of the documents to the address below via United States Priority Mail. You should have it any day now.

The Tracking number for the package is: **CX456117995US**

I've also attached a soft copy of the document here.

Thank you once again for your time and effort(s) on our behalf and we hope to continue our business in Luxembourg before this unpleasant business manifested with our ex employee.

If you need anything further do not hesitate to ask.


Sincerely,

John Bailey II

## Luxembourg - Central Authority & practical information

**Central Authority(ies):**

*Le Procureur général d'Etat*

**Contact details:**

| | |
|---|---|
| Address: | Le Procureur général d'Etat<br>Cité judiciaire<br>Plateau du St-Esprit<br>L-2080 Luxembourg |
| Telephone: | +352 47 59 81-336 |
| Fax: | +352 47 05 50 |
| E-mail: | parquet.general@justice.etat.lu |
| General website: | www.justice.public.lu |
| Contact person: | Mme Monique SCHMITZ, Avocat Général<br>tél.: +352 47 59 81-336/393<br>en son absence / in her absence:<br>Avocat général de permanence |

Languages spoken by staff:     French, German, English

On 12/18/2019 12:59 AM, JUSTICE Parquet General wrote:

> Dear Mister John Bailey,
>
> I acknowledge receipt of your request.
>
> Please find hereafter the form to be filled in either in French or German, preferably in French, and forward it by registered mail to my office at the following address:
>
> Parquet Général
>
> Secrétariat Bâtiment CR 4.22
>
> Plateau du Saint Esprit
>
> L-2080 Luxembourg
>
> Yours sincerely,
>
> For the general advocate Monique SCHMITZ
>
> **Tessy Wahl**
>
> Secrétariat du Parquet Général
>
> **Parquet général du Grand-Duché de Luxembourg**
>
> Cité Judiciaire – bâtiment CR
>
> L – 2080 Luxembourg
>
> tél:     +352 47 59 81 – 329
>
> fax:     +352 47 05 50
>
> email:     tessy.wahl@justice.etat.lu
>
> url:     www.justice.public.lu
>
> *Be GREEN, keep it on the SCREEN*
>
> **From:** John Bailey II <jbailey@ambitrace.app>
> **Sent:** vendredi 13 décembre 2019 19:27
> **To:** JUSTICE Parquet General <parquet.general@justice.etat.lu>; Laurent Thyes <laurent.thyes@mj.etat.lu>; Brigitte Konz <brigitte.konz@justice.etat.lu>
> **Subject:** Fwd: RE: U.S. Federal Court Summons

Mme Schmitz, is there another point of contact, or can I set up a time for a quick call with yourself so as to ascertain my next steps forward in the USM 94 form / Article 5 summons process?

Sincerely,

John Bailey -

-------- Forwarded Message --------

**Subject:** RE: U.S. Federal Court Summons

   **Date:** Fri, 6 Dec 2019 21:10:56 -0800

   **From:** John Bailey II <jbailey@ambitrace.app>

     **To:** parquet.general@justice.etat.lu

To:

Mme Monique Schmitz, Avocat General -

We have a United States Federal Court Summons we need to have served to one of our Ex American employees now living in Luxembourg.

I understand that under the terms of The Hague convention, Article 5 requires that that the documents be translated into French or German, and that certain forms be filled out, and all this information be sent to your office, Le Procureur general d' Etat who will then handle service of the court summons once said documents are submitted.

Mme Schmitz, could you let us know as soon as possible what forms we need to get fill out to get this done and over to you soon as possible?

I'd like to thank you so very much for your time and effort(s) on our behalf.

Sincerely,

John Bailey-

   John Bailey II
   Founder
   Ambitrace
   jbailey@ambitrace.app
   Luxembourg Ph: 352.661.285.186
   San Francisco Ph: 510.778.6547
   Skype: trafalgar12
   www.ambitrace.com
   www.ambitrace.eu



Bridging The Data Visibility Gap

--

John Bailey II
Founder
Ambitrace
jbailey@ambitrace.app
Luxembourg Ph: 352.661.285.186
San Francisco Ph: 510.778.6547
Skype: trafalgar12
www.ambitrace.com
www.ambitrace.eu



Bridging The Data Visibility Gap

📄 **Signed Luxembourg Service Papers.pdf**
   9333K