## RE: RE: U.S. Federal Court Summons

 **JUSTICE Parquet General** &lt;parquet.general@justice.etat.lu&gt;
1/1/2020 10:00 PM

To: John Bailey II

HI,

Yes we received the package on Tuesday.

No Problem I will sent you a SCAN of the Notification Certify ass soon ass I'll get it back.

Kind regards

Sincerely

**Tessy Wahl**
Secrétariat du Parquet Général

**Parquet général du Grand-Duché de Luxembourg**

Cité Judiciaire – bâtiment CR
L – 2080 Luxembourg
tél:      +352 47 59 81 – 329
fax:     +352 47 05 50
email:  tessy.wahl@justice.etat.lu
url:      www.justice.public.lu

*Be GREEN, keep it on the SCREEN*