UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THORIUM CYBER SECURITY, LLC,

Plaintiff,

v.

JAMES NURMI,

Defendant.

Case No.  3:19-cv-07669-WHO

**ORDER ON DEPOSITION OF
INCARCERATED PERSON**

Re: Dkt. No. 77

Defendant James Nurmi moves for leave to depose John Drago, who is incarcerated under sentence by a judge of this Court, under Federal Rule of Civil Procedure 30(a)(2)(B).  Dkt. No. 77. Plaintiff Thorium Cyber Security, LLC, does not oppose the requests and seeks leave to depose him as well.  Dkt. No. 79.  The hearing on the motion is VACATED; no reply brief is necessary; and, good cause appearing, the motion is GRANTED.  Both parties have leave to depose Drago.

The parties do not indicate where Drago is incarcerated.  They shall work with the Bureau of Prisons to schedule the deposition.  It may be conducted by remote video conferencing (*e.g.*, Zoom) in light of the COVID-19 pandemic if so allowed by the BOP.  The deposition shall be limited by whatever time limits and procedures are in effect at the BOP facility where Drago is housed.  Questioning shall be divided evenly between the parties and in no event may it last longer than three hours per side.

**IT IS SO ORDERED.**

Dated: June 11, 2021



William H. Orrick
United States District Judge

United States District Court
Northern District of California