## ABSTRACT OF JUDGMENT - PRISON COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Cruz
BRANCH

COURT I.D. 4 4 1 0 0

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: JOHNNY HARRY BAILEY
AKA:

CASE NUMBER (S) F07672 -A
-B
-C
-D
-E

☑ PRESENT
☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

AMENDED
ABSTRACT ☐

**F I L E D**
AUG 1 4 2003
BARBARA J. FOX, CLERK
BY _Lidia Mercado_
DEPUTY, SANTA CRUZ COUNTY

DATE OF HEARING (MO) (DAY) (YR) 080803   DEPT. NO 3   JUDGE Arthur Danner III   CLERK D. Fitch

REPORTER D. Pfaff   COUNSEL FOR PEOPLE Campos   COUNSEL FOR DEFENDANT Public Defender   PROBATION NO. OR PROBATION OFFICER

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY / MISDEMEANORS):
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 530.5(A) | USE OTHER'S ID: | 03 | 08 | 08 | 03 | X L | Principal | 2 | 8 |
| 2 | PC | 487(A) | GRAND THEFT OVER | 03 | 08 | 08 | 03 | X L | | X | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or 'S' for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or 'S' for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time to these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS SEE MINUTE ORDER FOR RESTITUTION FINE AND FEES.  COURT ADVISES DEFENDANT OF PAROLE RIGHTS.

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED TO COMPLY WITH 5 YEAR OR 10 YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)
8. TOTAL TERM IMPOSED: 2 8
9. EXECUTION OF SENTENCE IMPOSED:
A. ☑ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. ☐ OTHER

10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 08 08 03   CREDIT FOR TIME SPENT IN CUSTODY   TOTAL DAYS 33   INCLUDING:   ACTUAL LOCAL TIME 22   LOCAL CONDUCT CREDITS 11   STATE INSTITUTIONS ☐ DMH   ☐ CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☑ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
☐ INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN - FRONTERA
☐ CALIF. MEDICAL FACILITY - VACAVILLE
☐ CALIF. INSTITUTION FOR MEN - CHINO
☐ DEUEL VOC. INST.
☐ OTHER (SPECIFY)   ☑ SAN QUENTIN

**CLERK OF THE SUPERIOR COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _Lidia T. Mercado_   DATE 08/13/03

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective January 1, 1996

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT**
FORM DSL 290

Pen.C. 12

DISTRIBUTION:   PINK COPY-COURT FILE   YELLOW COPY-DEPARTMENT OF CORRECTIONS   WHITE COPY-ADMINISTRATIVE OFFICE OF THE COURT

NURMI000572



SUPERIOR COURT OF CALIFORNIA
County of Santa Cruz

People of the State of California
vs.                                    Case No. F07672
JOHNNY HARRY BAILEY
                                       MINUTE ORDER

===================================================================
Dept.3    08/08/03  9:00 am PRELIMINARY EXAMINATION
===================================================================
Charges:
1) 530.5(A) PC-F C, 2) 487(A) PC-F C, 3) 496(A) PC-F D
4) 496(A) PC-F D, 5) 484G(A) PC-F D


------------------------------------------------------------------
Honorable Judge Arthur Danner III presiding.
Clerk: D. Fitch
Court Reporter: D. Pfaff.
Deputy District Attorney: Campos
- - - - - - - - - - - - - - - - - - - - - - - - -
Defendant is present
with Public Defender D. August.
Defendant pleads GUILTY to Ct(s) 1 2.
Defendant admits the allegation of 1 "strike" prior(s) pursuant
to 667(b)-(i) PC.
Condition(s) of the plea: No further charges to be filed from
Santa Cruz
Defense counsel concurs in defendant's plea / admission.
Defendant is advised of right to trial by jury,
the privilege against compulsory self-incrimination,
the right to confront and cross-examine witnesses,
the charges and direct consequences of the plea.
Defendant waives right to trial by jury,
the privilege against compulsory self-incrimination,
and the right to confront and cross-examine witnesses.
The Court finds the defendant was properly advised and understood
and finds the plea was knowledgeable.
Ct(s) 3-5 dismissed on motion of the District Attorney in the
interest of justice view plea ct 1 2.
Defendant waives formal arraignment and time for sentence.
Per stipulation of counsel, presentence probation report is
waived.
Defendant waives arraignment for pronouncement of judgment.
-
JUDGMENT:
AS TO CT. 1, pursuant to 667(b)-(i) PC, the Court imposes double
the LOW term of 1 years 4 months for 2 years 8 months.
Ct. 1 is declared the principal term.

NURMI000573

--------------------------------------------------------------------------
Case Number : F07672          People vs. JOHNNY BAILEY
==========================================================================
    AS TO CT. 2, pursuant to 667(b)-(i) PC, the Court imposes double
    the LOW term of 1 years 4 months for 2 years 8 months.
    Prison term on Ct(s) 2 is stayed pursuant to 654 PC.
    Defendant is sentenced to State Prison for a TOTAL TERM of 2
    years 8 months.
    Defendant's credit for time served is 22 days local time plus 11
    days per 4019(b) PC for a total of 33 days.
    Defendant is ordered to pay $600.00 Restitution Fine per 1202.4
    PC through the Department of Corrections as they shall direct.
    Pursuant to 1202.45 PC, a Restitution Fine in the amount of
    $600.00 is ordered and suspended unless defendant's parole is
    revoked.
    Defendant is ordered to serve a period of parole and is further
    ordered to report to the parole unit closest to his/her last
    legal residence within 48 hours of release, excluding weekends
    and holidays.
    Public Defender is relieved.
    -
    CUSTODY STATUS:
    Defendant remanded to the custody of the Sheriff to be delivered
    to the Department of Corrections.
    Defendant is to be delivered to CDC at SANQUENTIN.
    -
    =========== MINUTE ORDER END/ DJF =============

NURMI000574

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SANTA CRUZ

STREET ADDRESS:  701 OCEAN STREET

MAILING ADDRESS:

CITY AND ZIP CODE:  SANTA CRUZ, CA 95060

BRANCH NAME:

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT: *Johnny Bailey*

FINGERPRINT FORM

**FOR COURT USE ONLY**

F I L E D

JUL 2 8 2003

BARBARA J. FOX, CLERK
BY
DEPUTY, SANTA CRUZ COUNTY

CASE NUMBER:

F-07672

## INSTRUCTIONS

Immediately following arraignment in superior court of a defendant charged with a felony or arraignment of a defendant by a municipal court judge sitting as a superior court judge, the court shall require the defendant to provide a right thumbprint on this form. In the event the defendant is convicted, this form shall be attached to the minute order reflecting the defendant's sentence and shall be permanently maintained in the court file. Please see Penal Code section 992 for further information, including when the defendant is physically unable to give a right thumbprint.

For a proper imprint and durable record, this form should be printed on paper that meets California Department of Justice specifications: a 99 pound white tab card or 100 pound white tab stock 0.0070 inch thick (0.0066 through 0.0074 inch is acceptable). Paper smoothness should be 100–140 sheffield units. The form should be printed with the grain left to right.

1. The box to the right contains the defendant's

    ☒ right thumbprint

    ☐ other print *(specify)*:

2. The print was taken on *(date)*:  7-28-03

3. The print was taken by

    a. Name: L. SEYFFERT

    b. Position: DEPUTY SHERIFF

    c. Badge or serial No.: #132

Form Adopted by the
Judicial Council of California
CR-100 [New January 1, 1998]

**FINGERPRINT FORM**

Pen. Code, § 992

NURMI000575

SUPERIOR COURT OF CALIFORNIA
County of Santa Cruz

People of the State of California
                vs.                          Case No. F07672
JOHNNY HARRY BAILEY

                                             MINUTE ORDER

===================================================================
  Dept.3     07/28/03  8:15 am ARRAIGNMENT
===================================================================
Charges:
1) 530.5(A) PC-F A, 2) 487(A) PC-F A, 3) 496(A) PC-F A
4) 496(A) PC-F A, 5) 484G(A) PC-F A



-------------------------------------------------------------------
Honorable Judge Arthur Danner III presiding.
Clerk: D. Fitch
Court Reporter: D. Pfaff.
Deputy District Attorney: Campos
- - - - - - - - - - - - - - - - - - - - - - - - -
Defendant is present without counsel.
Public Defender is appointed.
Public Defender August is present.
Defendant fingerprinted.
Copy of complaint is provided to defendant/counsel
Formal reading of complaint and advisement of Constitutional
Rights are waived.
Defendant pleads NOT GUILTY to all counts.
Time is not waived.
Last day: 08/11/2003.

NEXT COURT DATE(S):
Preliminary Examination is set for 08/08/2003 at  9:00 in Dept.
3.
Defendant is ordered to be personally present.

CUSTODY STATUS:
Defendant is remanded to the custody of the Sheriff until next
appearance.
Bail remains set at $75000.00.

=========== MINUTE ORDER END/ djf =============

NURMI000576

1   BOB LEE, DISTRICT ATTORNEY
    ELLEN BELL CAMPOS
2   ASSISTANT DISTRICT ATTORNEY
    STATE BAR NUMBER: 133477
3   COUNTY OF SANTA CRUZ
    701 OCEAN STREET, ROOM 200
4   SANTA CRUZ, CALIFORNIA 95060
    TELEPHONE: (831) 454-2400
5
    ATTORNEYS FOR THE PEOPLE
6

7                   SUPERIOR COURT OF CALIFORNIA

8                     COUNTY OF SANTA CRUZ

9

10  THE PEOPLE OF THE STATE OF CALIFORNIA,      Case      F07672
                                                No.
11                    Plaintiff,
                                                **COMPLAINT - CRIMINAL**
12
            -vs-
13
                                                Date:        07/28/03
14  JOHNNY HARRY BAILEY,                        Time:        8:15 a.m.
                                                Dept:        2
15                    Defendant(s).             Event:         ARRC

16

17      BOB LEE, District Attorney of the County of Santa Cruz, State

18  of California, accuses JOHNNY HARRY BAILEY of the following crimes

19  committed in the County of Santa Cruz, State of California:

20  COUNT 1                                                       16-2-3

21

22      On or about 07/18/2003, in the above named Judicial District,

23  the crime of **IDENTITY THEFT, in violation of PENAL CODE SECTION**

24  **530.5(a), a Felony,** was committed by JOHNNY HARRY BAILEY, , who did

25  willfully and unlawfully obtain personal identifying information on

26  Laura Romano and used that information for an unlawful purpose and

27  to obtain, and attempt to obtain, credit, goods, services and

28  information in the name of Laura Romano without consent.

NURMI000577

COUNT 2                                                                16-2-3

On or about 07/23/2003, in the above named Judicial District, the crime of **GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a Felony**, was committed by JOHNNY HARRY BAILEY, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit A BICYCLE the property THE BICYCLE TRIP.


COUNT 3                                                                16-2-3

On or about 07/24/2003, in the above named Judicial District, the crime of **RECEIVING STOLEN PROPERTY, in violation of PENAL CODE SECTION 496(a), a Felony**, was committed by JOHNNY HARRY BAILEY, who did unlawfully buy, receive, conceal, sell, withhold, and aid in concealing, selling, and withholding property, to wit, PERSONAL DOCUMENTS, which had been stolen and obtained by extortion, knowing that said property had been stolen and obtained by extortion.


COUNT 4                                                                16-2-3

On or about 07/24/2003, in the above named Judicial District, the crime of **RECEIVING STOLEN PROPERTY, in violation of PENAL CODE SECTION 496(a), a Felony**, was committed by JOHNNY HARRY BAILEY, who did unlawfully buy, receive, conceal, sell, withhold, and aid in concealing, selling, and withholding property, to wit, BUSINESS CARDS, which had been stolen and obtained by extortion, knowing that said property had been stolen and obtained by extortion.


COUNT 5                                                                16-2-3

On or about 07/18/2003, in the above named Judicial District,

2

NURMI000578

1  the crime of **GRAND THEFT, in violation of PENAL CODE SECTION**
2  **484g(a), a Felony** , was committed by JOHNNY HARRY BAILEY, did, with
3  intent to defraud, use for the purpose of obtaining money, goods,
4  services and anything else of value, an access card and access card
5  account information that had been altered, obtained, and retained in
6  violation of section 484e and 484f, and an access card with
7  knowledge that it was forged, expired and revoked.

8      It is further alleged that the value of all money, goods,
9  services and other things of value so obtained exceeded $400.00 in
10 a consecutive six-month period.

11

12      **SPECIAL ALLEGATION- 2/3 STRIKES (ONE PRIOR)**   Check Code
13      It is further alleged, pursuant to Penal Code sections 667(b)
14 through (i), that the Defendant has suffered the following prior
15 conviction of a serious or violent felony or juvenile adjudication:
16 CASE NO.      CHARGE      DATE      COUNTY      STATE
17 A762518      PC 459(1)      3/29/85   LOS ANGELES   CA

18

19      Therefore, complainant declares under penalty of perjury that
20 the foregoing is true and correct.
21 Executed on, July 25, 2003 at Santa Cruz, California.

22

23                          Respectfully submitted,
24
25                          BOB LEE
                            DISTRICT ATTORNEY
26
27                          ELLEN BELL CAMPOS
                            ASSISTANT DISTRICT ATTORNEY
28

                              3

NURMI000579




# County of Santa Cruz

## PROBATION DEPARTMENT - PRE-TRIAL
(831) 454-2140   Fax: (831) 454-3327
(831) 454-2846   (Jail Office)

### IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
### IN AND FOR THE COUNTY OF SANTA CRUZ

### REQUEST FOR SETTING BAIL

BAILEY, JOHNNY HARTY
**Name of Defendant**   **Date of Booking** 7.24.03   **Time** 1647 hrs.

TRANSIENT
**Address**

530.5 pc, 487 pc, 496 pc
**Charge**

Brief summary of alleged crime: Stole credit card from N.C. and booked
Air travel to California, found California ID & Illinois ID in possession.

Bail on Bail Schedule: $ 5,000   Requested Bail: $ 75,000

Reason for increasing or reducing bail or O.R.
(cross out one)

Suspect is transient with several piece of ID, Suspect
arrested for ID theft.

Application made by:   Arresting Agency ☒   Booking Agency ☐

Under penalty of perjury, I declare the foregoing to be true and correct to my best information and belief.

Dated: 7.24.03
**Declarant**

Order: Bail is set at $ 75,000 until further order of Court by Judge BARTON
**Name of Judge**

Dept. 4   at 650 o'clock

By _____
**Officer Receiving Order**

Original to be filed with Clerk of the Court.

EXCELLENCE - INTEGRITY - SERVICE

NURMI000580

BOOKING # B-363859

## SANTA CRUZ COUNTY SHERIFF-CORONER
## BOOKING SHEET

| NAME          LAST          FIRST          MIDDLE | ARREST DATE/TIME | ARREST REPORT # | BOOKING DATE/TIME |
|---|---|---|---|
| BAILEY, JOHNNY HARRY | 07:?? 52 | 03-6929 | 07/24/03 2018 |

| S-NUMBER | CII # | FBI # | SOC. SEC # | BOOKING FACILITY | BOOKING OFFICER |
|---|---|---|---|---|---|
| S-191625 | A073026614 | 0001353W1 | | ?ER ST | C O T. TOWNSEND |

| HOME ADDRESS | CITY | STATE | PHONE # | BOOKING TYPE |
|---|---|---|---|---|
| 111 S HAMPTON LN#D | SANTA CRUZ | | ??09 | FRESH ARREST |

| RACE | SEX | AGE | DATE OF BIRTH | P.O.B. | DRIVERS LICENSE # (OR ID #) | STATE | PAROLE/PROB. | AGENT |
|---|---|---|---|---|---|---|---|---|
| BLACK | M | 41 | 03/08/61 | NC | A170?? | CA | SCP | SUMMARY |

| HAIR | EYES | HT. | WT. | LANGUAGE | ALIAS(ES) |
|---|---|---|---|---|---|
| BLK | BRO | 601 | 205 | | |

SALIENT CHARACTERISTICS
LEFT EYE 1" SCAR

| EMERGENCY NAME | EMERGENCY ADDRESS | CITY | STATE | PHONE # |
|---|---|---|---|---|
| FREDRICK BAILEY | SAME | SAME | CA | SAME |

| ARR. AGENCY | ARRESTING OFFICER | ID # | LOCATION OF ARREST | CITY | STATE |
|---|---|---|---|---|---|
| SCSO | FENNELLY | 144 | 3888 HWY 17 301 | SANTA CRUZ | CA |

| OCCUPATION | EMPLOYER | ADDRESS | CITY | STATE |
|---|---|---|---|---|
| COORDINATER | UNEMPLOYED | | | |

| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
|---|---|---|---|---|
| PC 530.5, 487A, 496 "BAIL INCREASE" | | SO PD | 75000 | |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |
| CHARGES | WARRANT # | ISSUING AGENCY | BAIL | RES |

FILED SUPERIOR COURT OF CALIFORNIA CO. OF S. ANTA CRUZ 03 JUL 25 AM 8: 29

THIS DEFENDANT HAS BEEN INFORMED OF HIS/HER RIGHT TO APPEAR BEFORE A MAGISTRATE PER SECTION 821 and/ OR 822 OF THE PENAL CODE. DEFENDANT ☐ DID ☐ DID NOT REQUEST APPEARANCE BEFORE A MAGISTRATE.

PHONE CALLS? ☐ DECLINED ☐ ACCEPTS

INMATE SIGNATURE ☞

OFFICER SIGNATURE                    BADGE NO.

I HAVE BEEN PERMITTED ACCESS TO A PHONE AND I WAS GIVEN THE OPPORTUNITY TO COMPLETE TWO (2) PHONE CALLS PER 851.5 PC

INMATE SIGNATURE ☞
OFFICER SIGNATURE ☞ T. DONNER                    BADGE NO. 5?

191625 BAILEY, JOHNNY HARRY 1062089

RELEASED TO OFFICER SIGNATURE ☞          DEPARTMENT          BADGE NO.          ☐ WITH DETAINER

| DATE | TIME | RELEASE TYPE ☐ OR ☐ BD ☐ DT ☐ 10% ☐ CB ☐ TS ☐ 849 ☐ OT | BND #/RECEIPT # | BONDSMAN/OTHER | BOND AMT | BADGE# |
|---|---|---|---|---|---|---|
| DATE | TIME | RELEASE TYPE ☐ OR ☐ BD ☐ DT ☐ 10% ☐ CB ☐ TS ☐ 849 ☐ OT | BND #/RECEIPT # | BONDSMAN/OTHER | BOND AMT | BADGE# |

| RELEASING OFFICER ☞ | Distribution: MT/JM |
|---|---|
| DET-SHF-013A (8-83) | White—Booking Record   Canary—SHF. Record |
| COURTS COPY | Blue—Courts   Pink—P.R. |
| | Green—D.A.O.   Gold—Control Copy |

NURMI000581