| Name: | JONNIE BAILEY |
|---|---|
| Marital Status: | MARRIED |
| Address: | 38765 ROSEGATE TER<br>FREMONT, CA 94536-4292 |
| Address Type: | STREET RECORD |
| Deliverable Address: | Y |
| Ownership Status: | HOME OWNER |
| County: | ALAMEDA |

End of Document © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Criminal & Infraction Records (4)

To Summary

### Administrative Office of the Courts Record

### Source Information

| Coverage Begin Date: | 01/01/1993 |
|---|---|
| Information Current Through: | 05/07/2004 |
| Database Last Updated: | 05/11/2004 |
| Update Frequency: | SUSPENDED |
| Current Date: | 01/28/2021 |
| Source: | CA SANTA CRUZ COUNTY COURTS |

### Defendant Information

| Offender Name: | BAILEY, JOHNNY HARRY |
|---|---|
| Date of Birth: | 08/XX/1961 |

### Offense 1

| Offense Number: | 1 |
|---|---|
| Case Number: | 44-03429 |
| Charges Filed Date: | 05/12/1994 |
| Statute Violated: | I484(A) PC |
| Offense Charged: | NOT SPECIFIED |
| Class of Offense: | NOT SPECIFIED |
| Jurisdiction County: | SANTA CRUZ |

### Offense 2

| Offense Number: | 2 |
|---|---|
| Case Number: | F07672 |
| Charges Filed Date: | 07/25/2003 |
| Statute Violated: | 487(A) PC |
| Offense Charged: | NOT SPECIFIED |
| Class of Offense: | FELONY |
| Jurisdiction County: | SANTA CRUZ |

### Offense 3

| Offense Number: | 3 |
|---|---|

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.
NURMI000632
25

| | |
|---|---|
| **Case Number:** | F07672 |
| **Charges Filed Date:** | 07/25/2003 |
| **Statute Violated:** | 530.5(A) PC |
| **Offense Charged:** | NOT SPECIFIED |
| **Class of Offense:** | FELONY |
| **Jurisdiction County:** | SANTA CRUZ |

### Offense 4

| | |
|---|---|
| **Offense Number:** | 4 |
| **Case Number:** | S9-00440 |
| **Charges Filed Date:** | 01/26/1999 |
| **Statute Violated:** | 476A(A) PC |
| **Offense Charged:** | NOT SPECIFIED |
| **Class of Offense:** | NOT SPECIFIED |
| **Jurisdiction County:** | SANTA CRUZ |
| **Probation End Date:** | 03/16/2000 |

### Order Documents

| |
|---|
| Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply. |

**End of Document**     © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

### Administrative Office of the Courts Record

### Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/2004 |
| **Information Current Through:** | 07/20/2009 |
| **Database Last Updated:** | 07/20/2009 |
| **Update Frequency:** | SUSPENDED |
| **Current Date:** | 01/28/2021 |
| **Source:** | CA SANTA CLARA COUNTY COURTS |

### Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | CC446536 |
| **Charges Filed Date:** | 07/08/2004 |
| **Offense Charged:** | NOT SPECIFIED |
| **Jurisdiction County:** | SANTA CLARA |

### Order Documents

## Defendant Information

| | |
|---|---|
| **Offender Name:** | BAILEY, JONNIE |
| **Date of Birth:** | 08/XX/1961 |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**     © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

---

**Administrative Office of the Courts Record**

## Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/1993 |
| **Information Current Through:** | 05/07/2004 |
| **Database Last Updated:** | 12/16/2015 |
| **Update Frequency:** | SUSPENDED |
| **Current Date:** | 01/28/2021 |
| **Source:** | CA SANTA CRUZ COUNTY COURTS (HISTORICAL) |

## Defendant Information

| | |
|---|---|
| **Offender Name:** | BAILEY, JOHNNY HARRY |
| **Date of Birth:** | 08/XX/1961 |

## Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | 44-03429 |
| **Charges Filed Date:** | 05/12/1994 |
| **Case Information:** | DISTRICT: 2 |
| **Offense Charged:** | I484(A) PC |
| **Class of Offense:** | NOT SPECIFIED |
| **Jurisdiction County:** | SANTA CRUZ |

## Offense 2

| | |
|---|---|
| **Offense Number:** | 2 |
| **Case Number:** | S9-00440 |
| **Charges Filed Date:** | 01/26/1999 |
| **Case Information:** | DISTRICT: 2 |
| **Offense Charged:** | 476A(A) PC |
| **Class of Offense:** | NOT SPECIFIED |
| **Jurisdiction County:** | SANTA CRUZ |

## Offense 3

| | |
|---|---|
| **Offense Number:** | 3 |
| **Case Number:** | F07672 |
| **Charges Filed Date:** | 07/25/2003 |
| **Case Information:** | DISTRICT: 2 |
| **Offense Charged:** | 487(A) PC 530.5(A) PC |
| **Class of Offense:** | FELONY |

| | |
|---|---|
| **Jurisdiction County:** | SANTA CRUZ |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

End of Document  © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Administrative Office of the Courts Record**

## Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/1992 |
| **Information Current Through:** | 08/10/2009 |
| **Database Last Updated:** | 12/16/2015 |
| **Update Frequency:** | SUSPENDED |
| **Current Date:** | 01/28/2021 |
| **Source:** | CA SANTA CLARA COUNTY COURTS (HISTORICAL) |

## Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | CC446536 |
| **Charges Filed Date:** | 07/08/2004 |
| **Case Information:** | DISTRICT: 2 |
| **Offense Charged:** | NOT SPECIFIED |
| **Jurisdiction County:** | SANTA CLARA |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

## Defendant Information

| | |
|---|---|
| **Offender Name:** | BAILEY, JONNIE |
| **Date of Birth:** | 08/XX/1961 |

End of Document  © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Liens & Judgments (2)

To Summary

**Civil Judgment Filing Record**

## Filing Information

| | |
|---|---|
| **Filing Number:** | HS13702633 |

## Creditor Information

| | |
|---|---|
| **Creditor:** | SP FOOD USA INC |

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.
NURMI000635  28

| Filing Type: | SMALL CLAIMS JUDGMENT RELEASE |
|---|---|
| Action Type: | SMALL CLAIMS JUDGMENT |
| Filing Office: | HAYWARD MUNICIPAL COURT<br>24405 AMADOR STREET<br>HAYWARD, CA 94544 |
| Filing County: | ALAMEDA |
| Original Filing Date: | 01/07/2014 |
| Release Date: | 04/24/2017 |

**Order Documents**

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

## Debtor Information

| Debtor: | BAILEY, JOHN<br>1945 BARRYMORE COMMON #B<br>FREMONT, CA 94538 |
|---|---|
| Debtor Type: | INDIVIDUAL |
| Debtor Amount: | $1,038.00 |
| Debtor: | YAMAMOTO, MISUGI<br>1945 BARRYMORE COMMON #B<br>FREMONT, CA 94538 |
| Debtor Type: | INDIVIDUAL |
| Debtor Amount: | $1,038.00 |

**End of Document**                © 2021 Thomson Reuters. No claim to original U.S. Government Works.
To Summary

## Civil Judgment Filing Record

## Filing Information

| Filing Number: | HS13702633 |
|---|---|
| Filing Type: | SMALL CLAIMS JUDGMENT |
| Action Type: | SMALL CLAIMS JUDGMENT |

## Creditor Information

| Creditor: | SP FOOD USA INC |
|---|---|

**Order Documents**

| Filing Office: | HAYWARD MUNICIPAL COURT<br><br>24405 AMADOR STREET<br>HAYWARD, CA 94544 | Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply. |
|---|---|---|
| Filing County: | ALAMEDA | |
| Filing Date: | 01/07/2014 | |

## Debtor Information

| Debtor: | YAMAMOTO, MISUGI<br><br>1945 BARRYMORE COMMON #B<br>FREMONT, CA 94538 |
|---|---|
| Debtor Type: | INDIVIDUAL |
| Debtor Amount: | $1,038.00 |
| Debtor: | BAILEY, JOHN<br><br>1945 BARRYMORE COMMON #B<br>FREMONT, CA 94538 |
| Debtor Type: | INDIVIDUAL |
| Debtor Amount: | $1,038.00 |

**End of Document**                          © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Corporate Records & Business Registrations (4)

To Summary

**Corporate Records & Business Registrations**

### Source Information

| Information Current Through: | 01/21/2021 |
|---|---|
| Database Last Updated: | 01/26/2021 |
| Update Frequency: | WEEKLY |
| Current Date: | 01/28/2021 |
| Source: | CALIFORNIA SECRETARY OF STATE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH

### Registered Agent Information

| Name: | JOHN BAILEY |
|---|---|
| Address: | 39380 CIVIC CENTER DR STE #516<br>FREMONT, CA 94538-9721 |

### Principal Information

| Name: | JOHN BAILEY |
|---|---|

Case 3:19-cv-07669-WHO   Document 81-2   Filed 07/04/21   Page 6 of 8

THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

| Address: | 39380 CIVIC CENTER DR FREMONT, CA 94538-9721 |
|---|---|

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Company Information

| Name: | MERIDIAN - LUCENT INTERACTIVE, LLC. |
|---|---|
| Address: | 39380 CIVIC CENTER DR STE #516 FREMONT, CA 94538-9721 |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

## Filing Information

| LLC Jurisdiction: | CALIFORNIA |
|---|---|
| LLC Management: | ONE MANAGER |
| LLC Business Type: | TECHNICAL RECRUITING AND SOCIAL NICHE NE |
| Identification Number: | 201104610259 |
| Filing Date: | 12/13/2010 |
| State of Incorporation: | CALIFORNIA |
| Status: | SUSPENDED/FORFEITED |
| Business Type: | LIMITED LIABILITY COMPANY |
| Where Filed: | SECRETARY OF STATE/ CORPORATIONS DIVISION |
| | 1500-11TH STREET SACRAMENTO, CA 95814 |

**End of Document**  © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Corporate Records & Business Registrations**

## Source Information

## Registered Agent Information

| Name: | CHRIS CHASE |
|---|---|

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.
NURMI000638

| Information Current Through: | 11/15/2020 |
|---|---|
| Database Last Updated: | 01/11/2021 |
| Update Frequency: | MONTHLY |
| Current Date: | 01/28/2021 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

## Company Information

| Name: | KINGS PEAK OUTDOORS LLC |
|---|---|
| Address: | 7814 S 1000 W WILLARD, UT 84340 |

## Filing Information

| Identification Number: | 8216189-0111 |
|---|---|
| Filing Date: | 01/26/2012 |
| Status: | EXPIRED |
| Status Attained Date: | 05/30/2012 |
| Business Type: | RESERVED NAME |
| Address Type: | MAILING |
| Where Filed: | CORPORATIONS DIVISION |
|  | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

| Address: | 7814 S 1000 W WILLARD UTAH 84340 WILLARD, UT 84340 |
|---|---|

## Principal Information

| Name: | CHRIS CHASE |
|---|---|
| Title: | MEMBER |
| Address: | 7814 S 1000 W WILLARD, UT 84340 |
| Name: | CHRISTOHER LLOYD TATRO |
| Title: | MEMBER |
| Address: | 1606 JEFFERSON AVENUE OGDEN, UT 84404 |
| Name: | CHRISTOPHER HOHMAN |
| Title: | MEMBER |
| Address: | 3 MISTY HARBOR COURT PACIFICA, CA 94044 |

## Additional Detail Information

| Additional Details: | STATUS REASON: FAILURE TO FILE RENEWAL |
|---|---|

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**     © 2021 Thomson Reuters. No claim to original U.S. Government Works.
To Summary

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.