ThoriumData

Overview   Solutions   Company   Contact   Careers

That's why we've committed ourselves to create tools that allow any organization to take control of their information assets.

## What Can We Do for Your Company?

Our technology helps create better products, better operations, and better companies.

When you use Thorium, you're not just using an IAM platform – you're joining a data revolution alongside innovators, disruptors, and thought leaders. With Thorium Data you will be able to become the best version of yourself.

# Leadership

  

### John Bailey II
Co-Founder/Chief, Corp Business Ops.

Experienced founder and Data Security expert. John began his career with technical recruitment for Silicon Valley companies and Wall Street investment banks through the successful placement

### Felix Schildorfer
Co-Founder/CTO

Felix Schildorfer is an experienced Data Scientist and Data Strategy consultant. Drawing from his background in Mathematics and Economics, he has acted as a data evangelist across industries, continents,

### Michel Milano
VP of Product/UX

Michel is the head of Product Design & User Experience. He brings over twenty years of expertise to focus on creating design-driven tools that synthesize Design Thinking and user needs with the modern software experience. Previously, Michel held design