
Simplicity < > Security

**Exhibit A**

The Ebryx/ Ambitrace agreement will be serviced around a granted **"Platinum "**tier membership and will include the base reward and services as listed below as such. "The client will pay Ebryx. Ebryx will pay Thorium after it receives payment from the client". We bill you like any other MSSP every month as per your customer's seat count via their contract w/ Ebryx. The MSSP (Ebryx), buys the service direct from Thorium at wholesale price. Plus we need to also be able to show VCs now that the company has a fixed monthly revenue model in place – mind you even paid up front for a few hundred seats that's less that $20K a year when there's millions off dollars in play here.  I care zero about the 20k, I care 1000% of being able to say to VCs it's 20k of customer money.  It's not about making us profitable, it's about making us look "proven" to this crowd - All In all $1,500 a month to a company that you own 5% of is probably cheapest investment you can make in a + million dollar play.  I'm willing to offer some kind of end of the year rebate to make sure you get it back if it means that much to you.

We are offering to support Thorium in kind by providing services that we would otherwise bill for. We are also committed to creating a referenceable deployment. However, we did not expect to pay Thorium for our internal deployment. We work with several vendors who do not charge us for internal use – especially when in this case the internal use is not driven by an internal need at Ebryx but by our desire to support you in your goals.

The model which we generally use and which we expect would apply to Thorium as well, is to charge the customer in one go for one year after obtaining a quote from Thorium. Once the customer pays us we place an order with you. You invoice us and we pay in full for the year or, if you want to bill monthly, in monthly instalments.

On another note, outside the US the pricing may need to be adjusted downward but that is something we will discuss as we request a quote for a specific opportunity.