# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • FACSIMILE: +1.415.875.5700

Direct Number: (415) 875-5857
mlavine@jonesday.com

July 2, 2021                                                    CONFIDENTIAL

VIA E-MAIL

James D. Nurmi
41 Boulevard Dr. Charles Marx
Luxembourg, Luxembourg 2130

Mr. Nurmi,

We write to reply to your in-line notations to our summary of our June 10, 2021 meet and confer call; to confirm receipt of the Google and Slack subpoenas; to respond to the questions surrounding service in your email, received June 29, 2021 at 2:10 a.m. PST; to discuss your most recent email, received June 29, 2021 at 3:25 a.m. PST; and to inquire about AWS Route 53 renewal emails that our client received recently.

1. Your in-line notations to our summary of the June 10, 2021 meet and confer call. In your reply email, sent June 14, 2021, you stated that the summary was accurate and included a few notes.

   - Your first note stated that you believe your request for Thorium's banking and capital records to have been covered by requests 1, 3, and 5 of your Requests for Production of Documents, Set One. These requests encompass documents relating to Thorium's corporate formation, its operating agreement and bylaws, and its ownership structure. As banking and capital records are not covered by these requests, you would need to serve formal document requests directed to such records.

   - Your second note reiterates your belief that the two documents marked NURMI002752 and NURMI002768 are "attorneys' eyes only" and should remain designated as such, because you do not believe that Thorium's previous access rightfully extended to them.

   - Your third note restates your refusal to produce documents in response to Request Nos. 85, 85, and 87 because you do not believe those records are relevant to this case. Thorium disagrees. As just one example of the relevance of these records, you have previously pled that Ambitrace Inc. sold Thorium's Intellectual Property to you in your individual capacity—your bank records would confirm or refute this

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

James D. Nurmi
July 2, 2021
Page 2

           statement. *See* Defendant James Douglas Nurmi's Amended Answer and Counterclaim for Declaratory Judgment, Dkt. No. 64, ¶ 21.

2. <u>Receipt of the Google and Slack subpoenas.</u> We confirm receipt thereof.

3. <u>Your June 29, 2021 Email (Received 2:10 a.m. PST).</u> We confirm receipt of your email. We are discussing internally the extent to which we can accept service for Messrs. Bailey, Damon, Oindrill, and Sravan and Ms. Yamamoto.

4. <u>Your June 29, 2021 Email (Received 3:25 a.m. PST).</u> We confirm receipt of your email. We also remind you that Jones Day does not represent any party in your state court litigation against Mr. Bailey. Further, to the extent the document attached to your email is responsive to any of Thorium's document requests in this federal court litigation, you must formally produce it. FRCP 37(c)(1).

5. <u>Amazon Route 53 renewal emails.</u> Our client informed us that, in 2020 and 2021, Mr. Bailey received Amazon Route 53 account renewal emails addressed to his personal email address. Do you have any knowledge of how or why Mr. Bailey is receiving these emails, and specifically why they are being addressed to his personal email address? Please also confirm whether you or someone acting on your behalf is maintaining the Amazon Route 53 account (e.g. paying renewal fees for the account).

           Sincerely,

           JONES DAY

           /s/ *Michael A. Lavine*

           Michael A. Lavine