

James Nurmi <jdnurmi@qwe.cc>

---

**Letter to Mr. Nurmi re: Fulsome Production**

---

**James Nurmi** <jdnurmi@qwe.cc>                                                                                         Fri, Jul 2, 2021 at 8:32 AM
To: "Baker, Cameron" <cbaker@jonesday.com>

You might find a common thread here:

- I have no specific knowledge sufficient to determine who the criminal organization Thorium Cyber Security LLC employed or contracted with aside from the documents you have provided to date.
- I was not the keeper of the criminal organization Thoriums Cyber Security LLC's business records, including its list of employees.
- I am not privy to imagined facts that Mr. Bailey may have asserted to you as existing.
- My ability to access documents you have enjoined me from accessing is non-existent.
- To the extent documents exist after responses from Slack and Google subpoenas are fulfilled, they will be provided.
- While this malicious prosecution continues, I participate in it in good faith - the lack of documents is evidence of your clients bad faith in bringing this action.

Which is to say
All known and available non privileged documents have been produced - more may be available after subpoenas are returned, but you have literally enjoined me from search and discovery of the primary sources of these informations, or asked for information that doesn't exist, and then asked why there's so little material.  The answer is simple - because your client is perpetrating a fraud on the court in an attempt to extort a settlement, the case is meritless and based in perjury and fraud.


Request for Production No. 19: All Documents relating to the corporate structure
of Ambitrace S.A., including but not limited to Ambitrace S.A.'s organization
charts.

All known and available non privileged documents have been produced.


• Request for Production No. 21: All documents identifying the owner(s),
executive(s), director(s), and investors of Ambitrace S.A.

All known and available non privileged documents have been produced.

• Request for Production No. 28: All Documents relating to Your Communications
with Thorium or its current or former employees regarding Ambitrace, Inc.

All known and available non privileged documents have been produced.

• Request for Production No. 37: All Documents relating to Your Communications
with Thorium or its current or former employees regarding Thorium's Intellectual
Property.

All known and available non privileged documents have been produced.


• Request for Production No. 38: All Documents relating to Your Communications
with Thorium or its current or former employees regarding John Bailey.

All known and available non privileged documents have been produced.

• Request for Production No. 39: All Documents relating to Your Communications
with John Drago regarding your employment at Thorium.

All known and available non privileged documents have been produced.

• Request for Production No. 40: All Documents relating to Your Communications with John Drago regarding Ambitrace, Inc.

All known and available non privileged documents have been produced.

Request for Production No. 41: All Documents relating to Your Communications with John Drago regarding Ambitrace S.A.

All known and available non privileged documents have been produced.

• Request for Production No. 54: Any Documents relating to any changes that You made to Thorium's Amazon Route 53 Account or the data contained therein on or after July 20, 2019.

All known and available non privileged documents have been produced.

Have a lovely weekend.

James
[Quoted text hidden]