f.      the identity of all Person(s) who had knowledge of the contents.

34.    Should Defendant obtain any other Documents or information which would supplement or modify the Documents or information supplied by Defendant in response to this request, Defendant is directed, pursuant to Federal Rule of Civil Procedure 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information to Thorium without delay.

35.    Unless otherwise specified, these requests for production seek documents and information from March 1, 2018, through the present.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 85:**

All Documents sufficient to identify all Bank Accounts opened or operated in YOUR name, from January 1, 2018 through the present.

**REQUEST NO. 86:**

All Documents reflecting or referencing Financial Transactions related to all Bank Accounts opened or operated in YOUR name, from January 1, 2018 through the present, including but not limited to bank account statements, deposit slips, deposit details, checks (front and back), cancelled checks (front and back), wire transfers, wire transfer advices, debit and credit card memos, internal transfers tickets, and electronic transmission of funds.

**REQUEST NO. 87:**

All Documents reflecting or referencing Financial Transactions related to **E*Trade Bank account number**          **f**rom January 1, 2018 through the present, including but not limited to account statements for **E*Trade Bank account number**          , deposit slips, deposit details, checks (front and back), cancelled checks (front and back), wire transfers, wire transfer advices, debit and credit card memos, internal transfers tickets, and electronic transmission of funds.

**REQUEST NO. 88:**

All Documents sufficient to identify any company formed, founded or co-founded by