## Re: Stand By for access   Inbox ×

**John Bailey** <jhbii007@gmail.com>
to me

### Be careful with this message

John Bailey has never sent you messages using this email address. Avoid replyi means to ensure that this email address is legitimate.

Report phishing   Looks safe

No your lawyers' right - I had planned to keep my agreement with you - I just wanted to keep Da mail channel I know you could read remember( that makes sense to me right?),  Damon's in the - You should have called me back and we wouldn't be here.  I couldn't get anyone to let you bac that Monday morn asked you if you where ready to code because these guys where probably gc now here we are - Once again your lawyer is right   I'm going to let you back in all systems - I'm happy to let you have the account minus any Thorium IP. Give me a few hours and You'll see yo

Yeah, now that you mention it - it is pretty nice letterhead - thanks for fucking up my dream.

Oh well, there's always plan B

JB-

NURMI000916