# Meals & Entertainment Transactions

Ambitrace Inc.

For the period December 11, 2018 to July 31, 2019

| Date | Source | Description | Reference | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|
| **Meals & Entertainment** | | | | | | |
| Dec 11, 2018 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 24.09 | - | 24.09 |
| Dec 11, 2018 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 10.61 | - | 34.70 |
| Dec 17, 2018 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 21.84 | - | 56.54 |
| Dec 24, 2018 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 20.74 | - | 77.28 |
| Dec 24, 2018 | Spend Money | 12/22 SEAGLASS MANAGEM SAN FRANCISCOCA Debit Card #4161 | | 18.54 | - | 95.82 |
| Jan 4, 2019 | Spend Money | 01/03 MARS SAN FRANCISCOCA Debit Card #2208 | | 67.00 | - | 162.82 |
| Jan 5, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 9.82 | - | 172.64 |
| Jan 10, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 17.68 | - | 190.32 |
| Jan 10, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 6.56 | - | 196.88 |
| Jan 11, 2019 | Spend Money | 01/10 WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 22.10 | - | 218.98 |
| Jan 15, 2019 | Spend Money | 01/14 MARS SAN FRANCISCOCA Debit Card #2208 | | 84.00 | - | 302.98 |
| Jan 15, 2019 | Spend Money | 01/15 MARS SAN FRANCISCOCA Debit Card #2208 | | 35.00 | - | 337.98 |
| Jan 15, 2019 | Spend Money | 01/14 FOUR SEASONS MKT SAN FRANCISCOCA Debit Card #4161 | | 29.96 | - | 367.94 |
| Jan 15, 2019 | Spend Money | 01/14 HILTON CABLE 55 SAN FRANCISCOCA Debit Card #4161 | | 16.02 | - | 383.96 |
| Jan 25, 2019 | Spend Money | 01/24 GINTO IZAKAYA JA SAN FRANCISCOCA Debit Card #2208 | | 100.00 | - | 483.96 |
| Feb 7, 2019 | Spend Money | 02/06 SQ *CORRIDOR SAN FRANCISCOCA Debit Card #4161 | | 19.75 | - | 503.71 |
| Feb 7, 2019 | Spend Money | 02/07 SQ *THE MARKET T SAN FRANCISCOCA Debit Card #4161 | | 34.51 | - | 538.22 |
| Feb 7, 2019 | Spend Money | 02/06 SQ *HAZEL SOUTHE SAN FRANCISCOCA Debit Card #4161 | | 15.16 | - | 553.38 |
| Feb 7, 2019 | Spend Money | 02/06 AZALINA'S SAN FRANCISCOCA Debit Card #4161 | | 19.28 | - | 572.66 |
| Feb 7, 2019 | Spend Money | 02/06 GINTO IZAKAYA JA SAN FRANCISCOCA Debit Card #4161 | | 145.62 | - | 718.28 |
| Feb 15, 2019 | Spend Money | 02/15 SQ *THE MARKET T SAN FRANCISCOCA Debit Card #4161 | | 44.30 | - | 762.58 |
| Feb 16, 2019 | Spend Money | 02/15 GINTO IZAKAYA JA SAN FRANCISCOCA Debit Card #4161 | | 33.01 | - | 795.59 |
| Feb 16, 2019 | Spend Money | 02/15 SQ *THE MIRANDA OAKLAND CA Debit Card #4161 | | 10.86 | - | 806.45 |
| Feb 18, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 16.98 | - | 823.43 |
| Feb 18, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 9.33 | - | 832.76 |
| Feb 18, 2019 | Spend Money | 02/15 KA YUMI DINER FREMONT CA Debit Card #4161 | | 24.77 | - | 857.53 |
| Feb 18, 2019 | Spend Money | 02/16 BAR SHIRU OAKLAND CA Debit Card #4161 | | 25.85 | - | 883.38 |
| Feb 22, 2019 | Spend Money | 02/22 CKE*THE LAYOVER OAKLAND CA Debit Card #4161 | | 27.00 | - | 910.38 |
| Feb 22, 2019 | Spend Money | 02/22 JACK IN THE BOX FREMONT CA Debit Card #4161 | | 7.64 | - | 918.02 |
| Feb 22, 2019 | Spend Money | 02/22 BAR SHIRU OAKLAND CA Debit Card #4161 | | 45.81 | - | 963.83 |
| Feb 22, 2019 | Spend Money | 02/22 BAR SHIRU OAKLAND CA Debit Card #4161 | | 64.63 | - | 1,028.46 |
| Feb 22, 2019 | Spend Money | 02/22 SQ *402 15TH STR OAKLAND CA Debit Card #4161 | | 20.98 | - | 1,049.44 |
| Feb 23, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 3.32 | - | 1,052.76 |
| Feb 25, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 7.01 | - | 1,059.77 |
| Feb 25, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 15.46 | - | 1,075.23 |
| Feb 25, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | | 11.89 | - | 1,087.12 |

Insert content ▼        Save as custom    Export ▼

https://reporting.xero.com/!7Rv3q/v1/Run/1109

NURMI000957

| Date | Type | Description | Amount | | Balance |
|---|---|---|---|---|---|
| Feb 26, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 42.65 | - | 1,146.24 |
| Feb 28, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 10.91 | - | 1,157.15 |
| Feb 28, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 22.05 | - | 1,179.20 |
| Mar 4, 2019 | Spend Money | 650 HOWARD STREET SAN FRANCISCOCA Withdrawal - ATM #4161 | 330.00 | - | 1,509.20 |
| Mar 4, 2019 | Spend Money | 650 HOWARD STREET SAN FRANCISCOCA Withdrawal - ATM #4161 | 110.00 | - | 1,619.20 |
| Mar 4, 2019 | Spend Money | 03/03 PANERA BREAD #60 FREMONT CA Debit Card #4161 | 14.09 | - | 1,633.29 |
| Mar 5, 2019 | Spend Money | 03/04 IC SAN FRANCISCO SAN FRANCISCOCA Debit Card #4161 | 21.45 | - | 1,654.74 |
| Mar 5, 2019 | Spend Money | 03/05 GC RESTAURANTS SAN FRANCISCOCA Debit Card #4161 | 43.50 | - | 1,698.24 |
| Mar 5, 2019 | Spend Money | 03/05 COMMONS CLUB RES SAN FRANCISCOCA Debit Card #4161 | 32.28 | - | 1,730.52 |
| Mar 5, 2019 | Spend Money | 03/04 CAFE DE LA PRESS SAN FRANCISCOCA Debit Card #4161 | 34.04 | - | 1,764.56 |
| Mar 5, 2019 | Spend Money | 03/05 GC RESTAURANTS SAN FRANCISCOCA Debit Card #4161 | 43.50 | - | 1,808.06 |
| Mar 5, 2019 | Spend Money | 03/04 W SAN FRAN DININ SAN FRANCISCOCA Debit Card #4161 | 30.84 | - | 1,838.90 |
| Mar 5, 2019 | Spend Money | 03/04 LEMONADE YERBA B SAN FRANCISCOCA Debit Card #4161 | 26.41 | - | 1,865.31 |
| Mar 5, 2019 | Spend Money | 03/05 GC RESTAURANTS SAN FRANCISCOCA Debit Card #4161 | 87.00 | - | 1,952.31 |
| Mar 5, 2019 | Spend Money | 03/05 GC RESTAURANTS SAN FRANCISCOCA Debit Card #4161 | 480.00 | - | 2,432.31 |
| Mar 5, 2019 | Spend Money | 03/05 GC RESTAURANTS SAN FRANCISCOCA Debit Card #4161 | 20.00 | - | 2,452.31 |
| Mar 5, 2019 | Spend Money | 03/05 GC RESTAURANTS SAN FRANCISCOCA Debit Card #4161 | 21.50 | - | 2,473.81 |
| Mar 8, 2019 | Spend Money | 03/07 ST REGIS SAN FRA SAN FRANCISCOCA Debit Card #4161 | 11.77 | - | 2,485.58 |
| Mar 8, 2019 | Spend Money | 03/07 W SAN FRAN DININ SAN FRANCISCOCA Debit Card #4161 | 19.28 | - | 2,504.86 |
| Mar 8, 2019 | Spend Money | 03/07 SQ *UPTOWN NIGHT OAKLAND CA Debit Card #4161 | 12.50 | - | 2,517.36 |
| Mar 8, 2019 | Spend Money | 03/08 CKE*THE LAYOVER OAKLAND CA Debit Card #4161 | 55.00 | - | 2,572.36 |
| Mar 8, 2019 | Spend Money | 03/08 BAR SHIRU OAKLAND CA Debit Card #4161 | 29.67 | - | 2,602.03 |
| Mar 11, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 8.29 | - | 2,610.32 |
| Mar 11, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 46.51 | - | 2,656.83 |
| Mar 12, 2019 | Spend Money | 03/11 WP ENGINE HTTPSWPENGINETX Debit Card #4161 | 35.00 | - | 2,691.83 |
| Mar 13, 2019 | Spend Money | 03/13 PANERA BREAD #60 FREMONT CA Debit Card #4161 | 9.30 | - | 2,701.13 |
| Mar 14, 2019 | Spend Money | 03/14 SQ *THE MARKET T SAN FRANCISCOCA Debit Card #4161 | 9.85 | - | 2,710.98 |
| Mar 15, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 14.20 | - | 2,725.18 |
| Mar 15, 2019 | Spend Money | 03/14 SQ *CORRIDOR SAN FRANCISCOCA Debit Card #4161 | 25.39 | - | 2,750.57 |
| Mar 15, 2019 | Spend Money | 03/14 ARLEQUIN CAFE AN SAN FRANCISCOCA Debit Card #4161 | 5.51 | - | 2,756.08 |
| Mar 15, 2019 | Spend Money | 03/14 SUGAR LOUNGE SAN FRANCISCOCA Debit Card #4161 | 7.43 | - | 2,763.51 |
| Mar 16, 2019 | Spend Money | WHOLEFDS FRE #10 FREMONT CA Debit Card #4161 | 12.33 | - | 2,775.84 |
| Mar 16, 2019 | Spend Money | 03/15 CLOVERLEAF FAMIL FREMONT CA Debit Card #4161 | 11.56 | - | 2,787.40 |
| Mar 20, 2019 | Spend Money | 03/19 O'FLAHERTYS SAN JOSE CA Debit Card #4161 | 10.25 | - | 2,797.65 |
| Mar 20, 2019 | Spend Money | 03/19 SAN PEDRO SQUARE SAN JOSE CA Debit Card #4161 | 23.00 | - | 2,820.65 |
| Mar 20, 2019 | Spend Money | 03/19 SAN PEDRO SQUARE SAN JOSE CA Debit Card #4161 | 12.00 | - | 2,832.65 |
| Mar 20, 2019 | Spend Money | 03/19 SAN PEDRO SQUARE SAN JOSE CA Debit Card #4161 | 26.00 | - | 2,858.65 |
| Apr 9, 2019 | Spend Money | 04/08 MISSION PIZZA FREMONT CA Debit Card #4161 | 15.98 | - | 2,874.63 |
| Apr 9, 2019 | Spend Money | 04/09 PANERA BREAD #60 FREMONT CA Debit Card #4161 | 9.84 | - | 2,884.47 |
| Apr 10, 2019 | Spend Money | 04/09 CLOVERLEAF FAMIL FREMONT CA Debit Card #4161 | 26.54 | - | 2,911.01 |
| Apr 11, 2019 | Spend Money | 04/11 76 - MISSION 76/ FREMONT CA Debit Card #4161 | 20.01 | - | 2,931.02 |

Insert content ▼    Save as custom    Export ▼

| Date | | Type | Description | Amount | | Balance | |
|---|---|---|---|---|---|---|---|
| Apr 18, 2019 | | Spend Money | *FREMONT-BEACON FREMONT CA Withdrawal - ATM #4161 | 303.00 | - | 3,249.78 | |
| Apr 19, 2019 | | Spend Money | 04/19 SLING.COM 888-388-6210 CO Debit Card #4161 | 39.98 | - | 3,289.76 | |
| Apr 20, 2019 | | Spend Money | *FREMONT-BEACON FREMONT CA Withdrawal - ATM #4161 | 103.00 | - | 3,392.76 | |
| Apr 22, 2019 | | Spend Money | 04/20 POTRERO &amp; TAPAS SAN FRANCISCOCA Debit Card #4161 | 13.10 | - | 3,405.86 | |
| Apr 26, 2019 | | Spend Money | 04/26 LA TABLE DU PAIN LUXEMBOURG LU Debit Card #4161 | 13.97 | - | 3,419.83 | |
| Apr 26, 2019 | | Spend Money | 04/26 OSCAR'S DINER LUXEMBOURG BE Debit Card #4161 | 17.32 | - | 3,437.15 | |
| Apr 26, 2019 | | Spend Money | 04/26 LUCKY BREAK LUXEMBOURG LU Debit Card #4161 | 9.50 | - | 3,446.65 | |
| Apr 29, 2019 | | Spend Money | 04/27 MAD PERU 2 SARL LUXEMBOURG LU Debit Card #4161 | 27.60 | - | 3,474.25 | |
| Apr 29, 2019 | | Spend Money | 04/27 SHELL LUX-HOLLER LUXEMBOURG-HOLU Debit Card #4161 | 7.81 | - | 3,482.06 | |
| Apr 29, 2019 | | Spend Money | 04/29 FISCHER ALIMA GA LUXEMBOURG LU Debit Card #4161 | 7.61 | - | 3,489.67 | |
| Apr 29, 2019 | | Spend Money | 04/29 ALIMA GARE LUXEMBOURG LU Debit Card #4161 | 10.06 | - | 3,499.73 | |
| Apr 29, 2019 | | Spend Money | 04/27 SHELL LUX-HOLLER LUXEMBOURG-HOLU Debit Card #4161 | 6.03 | - | 3,505.76 | |
| Apr 29, 2019 | | Spend Money | 04/26 IKKI LUXEMBOURG LU Debit Card #4161 | 25.70 | - | 3,531.46 | |
| May 20, 2019 | | Spend Money | 05/18 MAMACITA LUXEMBOURG LU Debit Card #4161 | 32.10 | - | 3,563.56 | |
| May 20, 2019 | | Spend Money | 05/17 HOTEL SOFITEL LE LUXEMBOURG LU Debit Card #4161 | 131.99 | - | 3,695.55 | |
| May 22, 2019 | | Spend Money | 05/21 MAMACITA LUXEMBOURG LU Debit Card #4161 | 68.77 | - | 3,764.32 | |
| May 22, 2019 | | Spend Money | 05/21 HOTEL SOFITEL LE LUXEMBOURG LU Debit Card #4161 | 123.00 | - | 3,887.32 | |
| May 23, 2019 | | Spend Money | 05/22 IKKI LUXEMBOURG LU Debit Card #4161 | 55.95 | - | 3,943.27 | |
| May 23, 2019 | | Spend Money | 05/22 MAMACITA LUXEMBOURG LU Debit Card #4161 | 13.65 | - | 3,956.92 | |
| May 23, 2019 | | Spend Money | 05/23 K'FE BAR ESCH/ALZETTE LU Debit Card #4161 | 10.97 | - | 3,967.89 | |
| May 28, 2019 | | Spend Money | 05/26 SCOTT'S PUB LUXEMBOURG LU Debit Card #4161 | 14.58 | - | 3,982.47 | |
| Jun 1, 2019 | | Spend Money | 06/01 PANAME LUXEMBOURG LU Debit Card #4161 | 21.48 | - | 4,003.95 | |
| Jun 3, 2019 | | Spend Money | 06/01 TAXI OTUKOYA LUXEMBOURG LU Debit Card #4161 | 15.28 | - | 4,019.23 | |
| Jun 8, 2019 | | Spend Money | 06/06 URBAN ESCH-SUR-ALZELU Debit Card #4161 | 24.29 | - | 4,043.52 | |
| Jun 12, 2019 | | Spend Money | 06/12 CACTUS MODEL LUXEMBOURG LU Debit Card #4161 | 10.66 | - | 4,054.18 | |
| **Total Meals & Entertainment** | | | | **4,054.18** | **-** | **4,054.18** | 4 |
| **Total** | | | | **4,054.18** | **-** | **4,054.18** | 4 |

500 items per page   108 total items   Page 1 of 1

;

https://reporting.xero.com/!7Rv3q/v1/Run/1109

Insert content ▼    Save as custom    Export ▼

NURMI000959