Ambitrace Inc.
# Written Actions October 12, 2019

### Whereas

Ambitrace Inc. is a heavily indebted organization, owing to its acquisition of intellectual property purchases, misappropriation of funds by former executives and inability to identify a viable product strategy for multiple years.

### Whereas

Ambitrace Inc. has been unable to secure external funding due to damage to its reputation and brand being inflicted worldwide.

### Whereas

The sole creditor for ambitrace has elected to call in all debts outstanding and cease further funding of its operations.

### It is so resolved

Ambitrace Inc. will begin the process of dissolution immediately, and sell its assets to the highest bidder if any can be found in order to resolve its outstanding debt.

Ordered and recognized on the date above

*[signature]*

James D. Nurmi
President and CEO, Ambitrace Inc.

NURMI001014