

James Nurmi <jdnurmi@qwe.cc>

## RE: Ambitrace Dismissal Letter

**John Bailey** <jbailey@ambitrace.com>  Sun, Jul 21, 2019 at 3:36 AM
To: James Nurmi <jdnurmi@qwe.cc>

Oh, one last little detail for you to consider - Ambitrace, inc does not own the IP - Thorium Cybersecurity, LCC does, and has not given, sold or bequeath in writing its ownership of its IP to anyone or any other entity - Ambitrace, inc was created and incorporate in order to create space for branding, marketing, and sales activities and to also govern the relationship(s) of its board members, partners, employees, and vendors.

I'll ping you get the meeting tomorrow morn with these guys about the F4S finish - from what I heard today - there's light there.

[Quoted text hidden]

[Quoted text hidden]