# Sales Performance ⓘ

Date range: In the last 90 days

**CONTACTS CREATED**

# 4

No change

**CONTACTS ASSIGNED**

# 1

No change

**CONTACTS WORKED**

# 1

NURMI001104