**Subject:** Fwd: Agreement  
**From:** John Bailey <jbailey@ambitrace.com>  
**Date:** 7/28/2019, 7:45 PM  
**To:** jhbii007@gmail.com

```
John Bailey II
Founder
Ambitrace
```
jbailey@ambitrace.com  
```
Luxembourg Ph: 352.661.285.186
San Francisco Ph:510.778.6547
Skype: trafalgar12
```
www.ambitrace.com

```
Bridging The Data Visibility Gap
```

<http://goog_1557868581>  
<https://twitter.com/ambitrace/>   <https://www.facebook.com/Ambitrace/>  
<https://www.linkedin.com/company/ambitrace/>  
<https://twitter.com/ambitrace/>

```
---------- Forwarded message ---------
From: James Nurmi <jdnurmi@qwe.cc>
Date: Sun, Jul 28, 2019 at 10:15 AM
Subject: Re: Agreement
To: John Bailey <jbailey@ambitrace.com>
```

```
On Sun, Jul 28, 2019, 17:46 John Bailey <jbailey@ambitrace.com> wrote:
```

> James, as I said during our slack conversation - you have this way of completely disassociating yourself from what really happened. As I said in the past it's like I'm dealing with two totally different people at any given time. I don't mean that in a bad way - it's just frustrating -  like Damon said, I'm never going to make any progress with you, and that's why he just dropped the mic and left and won't return any calls from us. I always told him that past all of this that you were basically a good guy.

I'm not going to argue back and forth about who did what to whom.  It's not disassociation, it's just not helpful at this juncture. If you want to have a pissing contest, Daemon always enjoys one.  I, frankly, never got the appeal.

> A direct quote from him is "everything with that guy is legal sleight-of-hand be careful" and why he wanted nothing to do with you -

NURMI001251

> Like this morning during our conversation you saying that the new MOU reached and agreed to between us was a contract you made under duress and is unenforceable - I guess that means I wasn't under "duress" myself and not dealing with you once again in good faith.

I object to the description of sleight of hand.  The day you signed the note, you asked why 500,000 shares, and I told you straight - it would give me enough power to kick you out as CEO.

The thing is, I'm talking about the company being under duress, you're talking about you being stressed.  You're threatening foundational IP to the company, I'm just saying I want to enforce the agreements we've already signed, as investor, as lender.

You want to renegotiate now that I've enforced them, exactly as they were spelled out in the documents, so that you are better advantaged, and your only possible leverage is a defective document, that you as an officer failed to correct, and are now trying to leverage that against me and the company to get yourself the shares back that you sold expressly.

I didn't grant myself more stock, or steal it. You sold yours for cash on the barrel.

> As you told me yesterday you spending a lot of money with your lawyers to find out if the MOU is enforceable at all. Let me know what he says, while I'll take your suggestion and ponder it while doing nothing.

No, the question is roughly: if you run off with our IP, what happens in a law suit, given some color such as you having been the officer to both parties.  Can we enforce the transfer with the defective document, or is it more likely we'd have to sue you for damages.  It has nothing to do with the MOU, and everything to do with whether I need you to bother correcting the document at all, or if by the fact you were on both sides, and then acted as if that clause was not there, and it only changed the moment you left (presumably, in this hypothetical), it would be deemed enforceable and that clause ignored.

> James nothing happened in this drama and or Luxembourg that you were not directly a party too. I hope at the end of the day we can move forward per the MOU reached.

I've never said I was an angel in this affair, I just didn't go blasting out a four page litany of grievances about you to everyone I knew, and try to rob the company at its best chance of non-dilutive funding at this time.  That's not the way to win friends and influence people in Luxembourg, at all.

NURMI001252

I do appreciate your hope.  As I said, that agreement was largely reached before you attempted to burn the company down, and only consented to in order to get you to do what you rightfully should have done whenever you found out about it: fix it, and to restore enough access so that I could get us through F4S.

If your big red line is going to be put to parity, then I'm sorry to inform you, it's not going to happen.  I have the ability, but not the obligation to zero you out.  Frankly, I'm not feeling that spiteful, yet. But I'm not just pretending 35k wasn't given to you or the company with the express purpose of getting me more equity, let alone the amount you took as "salary"

What little is left of John's code can be replaced.

Ambitrace will vigerously protect its interests, not mine, not yours.  That's what being an officer is all about.

> Thank you, sleep well.

It's like 7pm here, but thank you.  I hope you have a good day as well.

> JB-
>
>
> John Bailey II
> Founder
> Ambitrace
> jbailey@ambitrace.com
> Luxembourg Ph: 352.661.285.186
> San Francisco Ph:510.778.6547
> Skype: trafalgar12
> www.ambitrace.com
>
> Bridging The Data Visibility Gap
>
> <http://goog_1557868581>
> <https://twitter.com/ambitrace/>    <https://www.facebook.com/Ambitrace/>
> <https://www.linkedin.com/company/ambitrace/>
> <https://twitter.com/ambitrace/>
>
>
>
> On Sun, Jul 28, 2019 at 4:46 AM James Nurmi <jdnurmi@qwe.cc> wrote:
>
>> I don't want this email to bring you down or make you angry.  It's just been gnawing at me for a day+ now, and I felt it appropriate to share so

NURMI001253

that you understand my position.

So to be honest, I pasted the document to fit4start slack, decided that was a bad place for it, deleted it from there and then thought I'd emailed it to you, but apparently failed to attach it.  I went about my day, and thought about the whole situation, and spent a lot of time trying to figure out what to make of this whole thing.  At the end of the day, I'm not sure what's in the MOU is really the right thing to do for the company. That I failed to attach it after having stuck thinking about the implications made it difficult at best to offer it up, knowing that the implications of it weren't ones that made sense to me.

My concerns revolve around the events of the past few days, yes, but also more broadly with the direction and leadership of the company and the product.

An officer (CEO, CFO, etc) must, first and foremost, put the shareholders first - whether they're a majority stakeholder or a minority representative, that duty comes first.

When things went bad between us, rather than trying to sort it out amicably, your first reaction was to respond by terminating me, and then it continued by you eventually going nuclear, and creating an entire toxic cloud around the company, our product, and our names throughout the nation of Luxembourg, and at the same time shooting the company in the foot by withdrawing from 50k of *free* money.

That's not putting shareholder interests first.

Then when you finally were talked down, which required me to hire attorneys at not insubstantial expense, you tried to bluster them - a tactic that, having been married to one for years, I'll assure you, never works.

And then, when all is said and done, and you began to turn over access you were obligated to do so, you stopped short, kept things limited, costing me additional time in order to bring our POC's online, so that you could establish the best deal for yourself that you could.  That's not putting the company or shareholders first, that's putting yourself first.

Similarly with the defective IP transfer - rather than simply fix it with a quick X through the continuing rights block, date and initialled, you wanted to withhold it until you got a better deal for yourself.  That wasn't in the interests of Ambitrace, that was in the interests of You and/or ThoriumCyber.

Ultimately, I worry that you confuse the difference between being the leader of a company, with the company being your property - and that's extremely dangerous for a company of any size, and likely to be fatal to a startup with limited means and capital.

Then there's the simple matter of honouring our existing agreements;  On two occasions you've sold down your stake, the loan agreement and when I lent you money for your property taxes.  To put you back to parity would be to dishonour those existing agreements, which puts me at a disadvantage.

NURMI001254

```
If I were to forget those agreements, I would have been advancing you
$25,000 for what?  I don't even give Christmas gifts, I certainly don't
give lump sum without a reason, and I believe in both cases there was a
reason attached to each loan - a stronger equity position. Similarly, the
SAFE note was an investment in the company.  To ignore it entirely would be
to render the agreement meaningless.

I recognise and appreciate your desire to get the maximum value available
in a situation, but ultimately, that thinking and strategising needs to be
done for the companies behalf, not for ones self, and my concern is that
your priorities right now are still very much on yourself.

To be clear, it's not wrong to have self interest in mind, but when
acting in your capacity as an officer, you need to keep the priority on the
company and its shareholders, not personal desires.

I would suggest that both keeping the only active developer we have
unable to push code to without doing a weird song and dance, and that
keeping the companies intellectual property rights in a questionable state,
at a time when we're going to talk to investors, may not be in the
companies interest.

I don't know what this means in terms of what agreement we should put in
place.  I think we need some time to evaluate, and post MB results and F4S,
think long and hard about what makes sense, both to us as individuals, and
to Ambitrace as a going concern.

Frankly, I'm exhausted by this situation.  I'm going to go see Spider-Man
and try to get my mind off this stuff for a while.

We don't need to resolve this today, we're largely in limbo right now
anyhow.  I'd encourage you to spend time with your family and ponder what
it is you really want, prioritize that list in your head, and ascribe a
value to each item.  Try to determine what it takes to make you happy and
feel fairly treated.  Then I'd ask you to consider what on that list would
be fair to both Ambitrace, and to myself.

There is compromise to be had here, but it will not be found by holding
the company hostage.

Genuinely, truly, warmly,

James
```

NURMI001255