**Subject:** Re: Ambitrace Dismissal Letter
**From:** John Bailey <jbailey@ambitrace.com>
**Date:** 7/21/2019, 3:23 PM
**To:** James Nurmi <jdnurmi@qwe.cc>

```
I've have had quite a few conversations with him around this entire drama.
I understand and remember the IP sale document - The only problem with it
is the other main and equal shared principle in Thorium Cybersecurity, LLC
never signed onto the said sale of the IP, unless you can otherwise produce
some documentation to the contrary the sale document is null and void. This
was not done maliciously, just overlooked in our efforts to move forward
quickly. I had a full legal audit done a few weeks back to consider my
options.

I'll call you today after the 11:30 AM PST after the company stand-up
meeting this morning.

JB-



John Bailey II
Founder
Ambitrace
```
jbailey@ambitrace.com
```
Luxembourg Ph: 352.661.285.186
San Francisco Ph:510.778.6547
Skype: trafalgar12
```
www.ambitrace.com
```
Bridging The Data Visibility Gap
```
<http://goog_1557868581>
<https://twitter.com/ambitrace/>    <https://www.facebook.com/Ambitrace/>
<https://www.linkedin.com/company/ambitrace/>
<https://twitter.com/ambitrace/>



On Sun, Jul 21, 2019 at 5:26 AM James Nurmi <jdnurmi@qwe.cc> wrote:

> Please see the attached, and please bring them to the attention of your
> attorney.
>
> I'm more than happy to have a civil discussion with you, but I strongly
> encourage you to review your options with them.
>
> If it helps to smooth things over, I have received a verbal commitment for
> a POC and LOI from some small companies here in Europe, and it can be done
> on the old UI just fine, and I believe they're understanding of the state
> of the product and would be understanding of bugs.