**Subject:** Fwd: Promised POCs
**From:** John Bailey <jbailey@ambitrace.com>
**Date:** 9/9/2018, 5:03 PM
**To:** Rick Rasheed <rick.rasheed@ebryx.com>, Ahrar Naqvi <ahrar@ebryx.com>

Rick, as I pointed out during our conversation yesterday, I know I don't drop these kinds of balls.

You find the attached docs below where sent over on 7/ 9.

I followed through on everything you have asked me to date on my network and company contacts and introductions, etc.

I  will expect our relationship to become more reciprocal moving forward.

I'll dig out the more detail information on these POCs today.

Cheers,

John-


---------- Forwarded message ----------
From: John Bailey <jbailey@ambitrace.com>
Date: Mon, Jul 9, 2018 at 5:47 PM
Subject: RE: Promised POCs
To: Rick Rasheed <rick.rasheed@ebryx.com>, Ahrar Naqvi <ahrar@ebryx.com>


I have leads for the last three years of security tradeshows here in the U.S. and overseas with the direct contact information, we will need to discuss terms once the product is ready. As I said, I would rather push them to your sales teams and have them sale into them.

I'll have to dig a little deeper for the detailed Pfizer POC later tonight and get it over to you.

So far, I'd like to thank Rick and yourself Ahrar for the initial sync(s) w/ your teams and support.

Thank you once again-

Cheers,

John-


John Bailey II
Founder
Ambitrace
jbailey@ambitrace.com
Ph: 650.429.8476
Skype: trafalgar12
www.ambitrace.com

NURMI000947

Smart Data Trace and Audit Platform

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely
for the addressee(s) and may contain confidential and/or privileged
information and may be legally protected from disclosure.

── Attachments: ──

| | |
|---|---|
| PremiseHealth-PoC-Plan .pdf | 388 KB |
| Plantronics-PoC Plan.docx.pdf | 650 KB |
| Pfizer ThinAir Proposalv2 (2).pdf | 160 KB |

NURMI000948