**jbailey-james.nurmi.txt**          **Tue Aug 31 23:27:54 2021**          **34**

[2018-11-01 15:47:57] <james.nurmi> They've burned at least three days of both our time in the last few months
[2018-11-01 15:48:01] <jbailey> I agree!
[2018-11-01 15:48:16] <james.nurmi> They're costing us way more than they're providing
[2018-11-01 15:48:19] <jbailey> I'll come over on Monday and we can get this done ?
[2018-11-01 15:49:01] <james.nurmi> Let's aim for actually morning this time? :grin:
[2018-11-01 15:49:06] <jbailey> also nice to catch this before ebxry and others tried to pay us - that would have been a TOTAL cluster fuck
[2018-11-01 15:49:39] <jbailey> Yes, I'll be there by 9AM if that works for you?
[2018-11-01 15:50:09] <james.nurmi> That works
[2018-11-01 15:55:08] <jbailey> Can you create Ambitrace, inc. via  this today? use my address 38765 Rosegate Terrance , Fremont, CA.  94536
[2018-11-01 15:55:30] <jbailey> or use your address - whatever works for you
[2018-11-01 15:55:33] <jbailey> <https://www.legalzoom.com/business/business-formation/inc-overview.html> attachments: [{"service_name":"LegalZoom","title":"Incorporation Services - Incorporate a Business Online: S Corp or C Corp","title_link":"https:\/\/www.legalzoom.com\/business\/business-formation\/inc-overview.html","text":"Incorporate a business online easily and affordably through LegalZoom. Protect your assets and strengthen your companys' reputation by forming a corporation (S corp or C corp).","fallback":"LegalZoom: Incorporation Services - Incorporate a Business Online: S Corp or C Corp","thumb_url":"https:\/\/www.legalzoom.com\/img\/imagelzlogotop2.gif","from_url":"https:\/\/www.legalzoom.com\/business\/business-formation\/inc-overview.html","thumb_width":196,"thumb_height":43,"service_icon":"https:\/\/www.legalzoom.com\/favicon.ico","id":1,"original_url":"https:\/\/www.legalzoom.com\/business\/business-formation\/inc-overview.html"}]
[2018-11-01 15:56:41] <jbailey> One this is done today let me know and I'll get on the line w/ the feds and get our EIN# today so we have that  when we go in to the bank on Monday
[2018-11-01 15:57:01] <james.nurmi> Looks like they can do the ein as well, but it might be a few days
[2018-11-01 15:57:10] <jbailey> k
[2018-11-01 15:57:34] <jbailey> But I can call the Feds today and get the number issued today
[2018-11-01 15:57:44] <jbailey> Done it a couple times
[2018-11-01 15:57:52] <james.nurmi> Maybe, we might need to exist first?
[2018-11-01 15:58:45] <jbailey> Oh, so you saying it take legalzoom a few days to get this done right?
[2018-11-01 15:59:11] <james.nurmi> Yeah at least two if we expedite, five to seven otherwise
[2018-11-01 15:59:52] <jbailey> - Well just do a DBA on Monday and change when this stuff gets done
[2018-11-01 15:59:58] <james.nurmi> Google suggests two days is about as good as it gets
[2018-11-01 16:00:15] <jbailey> yup
[2018-11-01 16:02:17] <jbailey> See you on Monday at 9Am
[2018-11-01 16:04:29] <jbailey> I'll also "zero" out the BoA account on Monday and make sure all our vendors are moved over to billing on this account.
[2018-11-01 16:05:58] <james.nurmi> actually, what do you think about <https://gust.com/launch/start> attachments: [{"title":"Start | Gust Launch","title_link":"https:\/\/gust.com\/launch\/start","text":"One platform to incorporate, form, and manage a high-growth startup, with legal counsel, agreements, equity, bookkeeping, and more.","fallback":"Start | Gust Launch","image_url":"https:\/\/gust.com\/launch_marketing\/images\/og-logo.png","image_width":476,"image_height":250,"from_url":"https:\/\/gust.com\/launch\/start","image_bytes":92216,"service_icon":"https:\/\/gust.com\/marketing_assets\/favicon-c2dcbde4cf68b5f5906c309125cd6574b7e9a410f470737f58874892097a1e15.ico","service_name":"gust.com","id":1,"original_url":"https:\/\/gust.com\/launch\/start"}]
[2018-11-01 16:06:07] <james.nurmi> they seem to have a decent set of add ons that might be helpful for now
[2018-11-01 16:06:13] <james.nurmi> and not so overpriced as to make me sad
[2018-11-01 16:07:32] <jbailey> LOL
[2018-11-01 16:08:44] <jbailey> Looks like a winner - go ahead
[2018-11-01 16:20:42] <jbailey> Fuck I hate BoA - NEVER! again
[2018-11-01 16:20:48] <james.nurmi> hah
[2018-11-01 16:21:58] <james.nurmi> looks like you may need to do the signup, everyone _really_ wants to make the creator the CEO, which.. I mean I could do and then we'd do the rigamarole to change it, but.. seems silly
[2018-11-01 16:27:33] <james.nurmi> chatting with them to see what the best route is
[2018-11-01 16:32:34] <jbailey> k

NURMI005102