```
jbailey-james.nurmi.txt           Tue Aug 31 23:27:54 2021              60
[2018-11-20 18:19:44] <jbailey> Yup!
[2018-11-20 18:23:32] <james.nurmi> you're gonna get one last email to @thoriumcyber.com from
gust to accept the stock grant we setup for the LLC
[2018-11-20 18:23:59] <james.nurmi> you should probably rubber stamp it just so we've got it m
arked and done, but otherwise we're gtg
[2018-11-20 18:30:17] <jbailey> Understood
[2018-11-20 18:31:10] <jbailey> FYI - moving forward today on anime product project
[2018-11-20 18:31:23] <james.nurmi> sounds good
[2018-11-20 18:31:29] <jbailey> k
[2018-11-20 18:37:59] <james.nurmi> Have a verification call with expensify tomorrow to prove
I'm a real boy, but once that's done should be able to approve it as it flows
[2018-11-20 18:38:30] <james.nurmi> Also, accounting is just a mailing list, feel free to join
 it, but I expect it will be mostly just expense reports
[2018-11-20 18:38:54] <jbailey> Understood
[2018-11-20 19:00:38] <james.nurmi> aws billing has been changed to my debit card
[2018-11-20 19:04:26] <james.nurmi> actually it looks like xero might do expenses directly, i
might play with that and see which one sucks least...
[2018-11-20 19:12:09] <jbailey> LOL - I'll leave it to you
[2018-11-20 19:12:45] <jbailey> on fiverr now talking w/ this guy about doing our 500 MSP list
 leads
[2018-11-20 19:22:49] <james.nurmi> so less my expenses, we're at 5k, less (next) months amazo
n bill, we'll be at 4k, I'm assuming yours are currently in the 250-500 range?  in which case
we're running tight but not dry
[2018-11-20 20:07:35] <jbailey> k
[2018-11-20 20:54:09] <james.nurmi> hey, what's the phone number we've got on our website?
[2018-11-20 20:54:16] <james.nurmi> <tel:650.429.8476|650.429.8476> ?
[2018-11-20 20:54:28] <james.nurmi> (not urgent, just noticed it
[2018-11-20 20:55:00] <jbailey> YUp
[2018-11-20 20:55:14] <james.nurmi> no, i mean, where does it go to :slightly_smiling_face:
[2018-11-20 20:56:51] <jbailey> to our VM under thorium - I could bring up a new number for th
e Ambitrace domain and have Steve update the number on the site
[2018-11-20 20:56:55] <james.nurmi> was just curious since 650 is mtv, which is where I got my
 cell phone, but neither of us live in mtv anymore
[2018-11-20 20:57:04] <james.nurmi> not losing sleep over it, was just curiosity
[2018-11-20 20:57:53] <jbailey> k - auto number issued by google
[2018-11-20 21:22:08] <jbailey> how you doing?
[2018-11-20 21:22:23] <james.nurmi> just having a hard time parsing his accent + VOIP
[2018-11-20 21:22:28] <james.nurmi> I kinda want to know what he wants from us
[2018-11-20 21:22:38] <james.nurmi> what sort of partnership he's envisioning
[2018-11-20 21:23:00] <james.nurmi> he's beating around the bush but hasn't made a proposition
 other than vague synergy
[2018-11-20 21:23:04] <james.nurmi> and i think there is synergy there
[2018-11-20 21:23:04] <jbailey> we'll get -hold on
[2018-11-20 21:23:20] <james.nurmi> but I think he's got something in mind and he's trying to
build up to it maybe?
[2018-11-20 21:23:45] <jbailey> yes - feelin us out also
[2018-11-20 21:23:45] <james.nurmi> plus damon is pulling stuff out of him :slightly_smiling_f
ace:
[2018-11-20 21:23:59] <jbailey> yes
[2018-11-20 21:24:07] <james.nurmi> so I'm happy to let him keep talking, it doesn't hurt anyt
hing but my internet connection :smile:
[2018-11-20 21:25:21] <james.nurmi> hahaha

---- 2018-11-21 ----
[2018-11-21 01:07:01] <james.nurmi> <https://www.bloomberg.com/graphics/2018-confessions-of-ju
dgment/> attachments: [{"service_name":"Bloomberg.com","title":"The Predatory Lending Machine
Crushing Small Businesses Across America","title_link":"https:\/\/www.bloomberg.com\/graphics\
/2018-confessions-of-judgment\/","text":"How an obscure legal document turned New York\u2019s
court system into a debt-collection juggernaut.","fallback":"Bloomberg.com: The Predatory Lend
ing Machine Crushing Small Businesses Across America","image_url":"https:\/\/www.bloomberg.com
\/graphics\/2018-confessions-of-judgment\/img\/2018-confessions-of-judgment-facebook.png","fro
m_url":"https:\/\/www.bloomberg.com\/graphics\/2018-confessions-of-judgment\/","image_width":4
76,"image_height":250,"image_bytes":123178,"service_icon":"https:\/\/www.bloomberg.com\/graphi
```