| Salesforce ID | Account | Last Name | Email | Current Co | isgc | Contact De | Home Pho | Address | LinkedIn U |
|---|---|---|---|---|---|---|---|---|---|
| 56678b50e4b0d059d | | Spam Mod | builderbot@thinair.com | | | | | | |
| 577c8d42e4b06fd4ba | | Matthew F | matt@thinair.com | | | | | | |
| 566785cae4b0d059dl | | Brett Red | jira@thinair.atlassian. | | TRUE | | | | |
| 576d97c7e4b078493 | | Cccccevn | jon@thinair.com | | | | | | |
| 57143abae4b057902df4c756 | | | loki@thinair.com | | | | | | |
| 578030d9e4b05b15a | | Ace Windo | ace@thinair.com | | | | | | |
| 564671a9e4b08dab7 | | Brett Red | brett@thinair.com | | TRUE | | | | |
| 57587131e4b015398 | | Joshuamic | josh@thinair.com | | | | | | |
| 56b28e8be4b0b763a | | Microsoft | jon@thinair.com | | | | | | |
| 57354039e4b06e13e | | Nabeel Sha | josh@thinair.com | | | | | | |
| 564671e3e4b08dab7 | | Ron Dizzle | ron@thinair.com | | | | | | |
| 56678707e4b0d059db16a2f9 | | | demo@thinair.com | | | | | | |
| 5762f8b1e4b026f73d | | Joshua Ste | josh@thinair.com | | | | | | |
| 573d622ce4b05fe8a3 | | Dhruv Garg | dhruv@thinair.com | | TRUE | | | | |
| 573a353de4b045b36 | | Ace@thina | ace@thinair.com | | TRUE | | | | |
| 57c8423ce4b023abec | | Scott Silver | ssilverman@thinairda | | TRUE | | | | |
| 56d9cb5fe4b0e9d495 | | Microsoft | robd@thinair.com | | | | | | |
| 57431da5e4b05d6f4c | | Marc Terri | marc@thinairweb.com | | | | | | |
| 56f73323e4b05bd68l | | Joshua S | josh@thinair.com | | | | | | |
| 57ab5f6de4b0bc59d7 | | Jon Steinb | steinbach@thinair.com | | | | | | |
| 57979d63e4b01582222d5811 | | | wiki@thinair.atlassian.net | | | | | | |
| 56f98167e4b03a8609 | | Ryan Sears | ryan@thinair.com | | | | | | |
| 5745ec3be4b098b2e( | | Jessica We | jessica@thinair.com | | TRUE | | | | |
| 56678718e4b0d059db16a62e | | | randy@thinair.com | | | | | | |
| 57879dbee4b0c0862 | | J. Michael | josh@thinair.com | | | | | | |
| 570d3c3be4b03a2a6 | | Greg Thatc | greg@thinair.com | | TRUE | | | | |
| 5796b01fe4b06d7aec | | Aditya Triv | aditya@thinair.com | | TRUE | | | | |
| 56da0695e4b020557 | | Win7 Outl | jon@thinair.com | | | | | | |
| 570dc6c6e4b0375f10 | | Steinman J | josh@thinair.com | | | | | | |
| 57688849e4b09eb24 | | Eric Smyth | jira@thinair.atlassian | | TRUE | | | | |
| 57878dede4b0c0862 | | Joshua Hig | josh@thinair.com | | | | | | |
| 5702c83ae4b0e3e85 | | Jon Surfac | jon@thinair.com | | | | | | |
| 5707bd68e4b013881 | | ThinAir Lal | josh@thinair.com | | | | | | |
| 55e77ccee4b06d2b8 | | Contractor | contractors@thinair.com | | | | | | |
| 57522534e4b0de112 | | Davita@th | davita@thinair.io | | | | | | |
| 56c7d246e4b08c98d( | | Tony Gaud | tony.gauda@thinair.c | | TRUE | | | | |
| 55e77c74e4b06f6b5e | | Team | team@thinair.com | | TRUE | | | | |
| 57716ffbe4b0069ef5c344b7 | | | khruv@thinair.com | | | | | | |
| 572150c0e4b035fe58 | | Joshua M S | josh@thinair.com | | | | | | |
| 576accbfe4b01eaaa3 | | David@thi | david@thinair.io | | | | | | |
| 56df1a39e4b088b17c | | Thinair@se | thinair@sequoia.com | | TRUE | | | | |
| 577c3d93e4b0743eb | | Ben Kohlm | ben@thinair.com | | | | | | |
| 564671e3e4b08dab7 | | Vadim Dm | vadim@thinair.com | | TRUE | | | | |
| 56467650e4b08dab7 | | Tyler Scriv | tyler.scriven@thinair. | | TRUE | | | | |
| 55e499bde4b0696f2209b41b | | | thinair@tmoore.fastmail.fm | | | | | | |
| 56b38f1fe4b045f117 | | Josh Diam | josh@thinair.com | | | | | | |

NURMI004379