

# Ambitrace Enterprise PoC Plan Template

## Bridging The Data Visibility Gap

NURMI004187



AMBITRACE CONFIDENTIAL

# Table of Contents

**A. E**XECUTIVE **S**UMMARY  3
A.1   AMBITRACE POC TEAM MEMBERS  3
A.2   COMPANYNAME TEAM MEMBERS  3
A.3   BUSINESS DRIVERS  3
A.4   POC PROJECT GOALS AND KEY QUESTIONS  3
A.5   POC PROJECT TIMELINE  4

**B.   P**OC **T**ECHNICAL **D**ETAILS  4
B.1   POC ARCHITECTURE  4
B.2   POC SETUP  5
B.3   SYSTEM REQUIREMENTS  5

**C.   P**OC **T**EST **C**ASES  7
C.1   POC PROJECT GOAL #1:  7
C.2   POC PROJECT GOAL #2:  7
C.3   POC PROJECT GOAL #3:  7
C.4.   POC RESULTS  7

**D.   P**OC **T**EST **C**ASES – **P**HOTO **D**OCUMENTATION  8
D.1   POC PROJECT GOAL #1:  8
D.2   POC PROJECT GOAL #2:  8
D.3   POC PROJECT GOAL #3:  8

**E.   D**ATA **V**ISIBILITY **R**ISK **A**SSESSMENT  8
E.1 DEVICES IDENTIFIED FOR THE DATA VISIBILITY RISK ASSESSMENT.  8
E.2 ADDITIONAL FIELDS TO BE INCLUDED IN RISK ASSESSMENT  8

**F.   A**DDITIONAL **I**NFORMATION  9

NURMI004188



**AMBITRACE CONFIDENTIAL**

# CustomerName  PoC Proposal

## A. *Executive Summary*

Ambitrace solution is designed to monitor file system activity providing full visibility and real time alerting of suspicious activity.

The requirement provided by **CustomerName** included monitoring file system activity related to unauthorized file upload and download.

### A.1   Ambitrace PoC Team Members or (VAR, MSSP, OEM)

- Regional Sales Manager
- Sales Engineer

### A.2   CompanyName Team Members

- Executive Sponsor
- Technical Lead

### A.3   Business Drivers

Why is this an urgent initiative? What are the potential financial savings associated with implementing Ambitrace? Any particular risk the organization is trying to mitigate?

- Business Driver #1:
- Business Driver #2:
- Business Driver. #3:

NURMI004189



AMBITRACE CONFIDENTIAL

## A.4  PoC Project Goals and Key Questions

This section defines the purpose, goals, objectives and scope of Proof of Concept project.

- PoC Project Goal #1:
- PoC Project Goal #2:
- PoC Project Goal. #3:

## A.5  PoC Project Timeline

- Proof of Concept Scoping Meeting:
- Week 1 Training / Initial Onboarding:
- Week 2 - Use Case Walkthrough
- Week 2 - Data Visibility Risk Assessment Deployment:
- Week 3 - Summary of Data Visibility Risk Assessment:
- Week 4 - Results Presentation:

**Note**: Ambitrace Standard Proof of Concept lasts 30 days. Weekly meetings will be scheduled during this period.

# B.  PoC Technical Details

## B.1  PoC Architecture

Ambitrace's architecture consists of the following elements:

- Endpoint sensor - silent module installed on Windows and Mac devices throughout the environment. Sensors index local files to provide deep visibility into the content stored on devices as well as track all interactions with data on disk.

- Cloud-based infrastructure - sensors stream meta-data to the cloud-based infrastructure. Infrastructure is maintained by Ambitrace in AWS.

4

NURMI004190



**AMBITRACE CONFIDENTIAL**

- Web Console - allows Security Analysts to perform real-time searches and investigations as well as setup reports and alerts

- Integrations - Optional API-level integrations allow a variety of tools (e.g. SIEM, UEBA) to query Ambitrace alerts.



Figure 1. Ambitrace Architecture

## B.2   PoC setup

*Login – console.Ambitrace.com*

Platform: PC, MAC

Installer: PC, MAC

Number of PoC Devices:

5



AMBITRACE CONFIDENTIAL

## B.3   System Requirements

**Hardware Requirements**

RAM: 2 GB

Hard Disk: 1 GB

Processor: 1 GHz or 64-bit processor

**Supported Operating System**

**Windows**

Windows 10 (x64)

Windows 8.1 (x64)

Windows 8 (x64)

Windows 7 (x64)

**Mac**

Sierra (10.12)

El Capitan (10.11)

Yosemite (10.10)

**Admin Console Supported Browser**

Chrome 23+

Safari 8+

Firefox 21+

Edge 13+

IE 11+

NURMI004192



AMBITRACE CONFIDENTIAL

### Java Version

64 bit java must be the only version of java installed

## C.  PoC Test Cases

### C.1   PoC Project Goal #1:

- Test Scenario #1:
- Success Criteria:

### C.2   PoC Project Goal #2:

- Test Scenario #2:
- Success Criteria:

### C.3   PoC Project Goal #3:

- Test Scenario #3:
- Success Criteria:

NURMI004193



**AMBITRACE CONFIDENTIAL**

## C.4. PoC Results

|  | Test Case | Results | Explanation |
|---|---|---|---|
| Scenario I |  |  | Ambitrace has succeeded in executing PoC scenario goal #1 and passed customer's expectation. |
| Scenario II |  |  | Ambitrace has succeeded in executing PoC scenario goal #2 and passed customer's expectation. |
| Scenario III |  |  | Ambitrace has succeeded in executing PoC scenario goal #3 and passed customer's expectation. |

## D. PoC Test Cases – Photo Documentation

### D.1 PoC Project Goal #1:

- Test Scenario #1:

### D.2 PoC Project Goal #2:

- Test Scenario #2:

### D.3 PoC Project Goal #3:

- Test Scenario #3:

8

NURMI004194



**AMBITRACE CONFIDENTIAL**

# E. Data Visibility Risk Assessment

## E.1 Devices identified for the data visibility risk assessment.

## E.2 Additional fields to be included in risk assessment

- Additional field #1
- Additional field #2
- Additional field #3

NURMI004195



## F. Additional Information

### Things to Know

**Folders being monitored**

Ambitrace monitors and indexes all files in the predefined set of paths on Mac and Windows machines. Those paths can be reviewed by reviewing in the Ambitrace Console. Ambitrace can add any additional paths into the list per your request and will be enabling the ability to control the list in the future.

**'Uploaded' metadata**

When uploading files through a web browser using the browse button, all files in the viewed folder get "uploaded" metadata association with the currently open browser tab.

On Windows we currently support Chrome, IE and Firefox for "uploaded" metadata collection.

On Mac we currently support Chrome and Safari for "uploaded" metadata collection.

**'Downloaded' metadata**

On Windows we currently support Chrome and IE for "downloaded" metadata collection.

**Initial indexing**

Initial complete indexing of an endpoint will take a few minutes to an hour (depending on the amount of data). All searches, with the exception of file hash, file tag and content search will work immediately even prior to the completion of the initial indexing. After the initial indexing is complete, it will be automatically kept up to date in near real-time as files are added or edited.

**AV compatibility**

Some anti-virus products may interfere with the Ambitrace sensor installation. We are currently working with AV vendors to whitelist Ambitrace installer. Meanwhile, you may need to disable AV in order to complete the installation and re-enable it immediately after.

**Sensor installation**

After Ambitrace sensor for Mac and windows installation is complete, the sensor starts automatically. There is no need to restart the machine or start anything manually.

NURMI004196



**AMBITRACE CONFIDENTIAL**

# Deployment

Deployment can be done via Active Directory or any other fleet management tool.

NURMI004197