1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   THORIUM CYBER SECURITY, LLC

8           Plaintiff,

9      v.

10  JAMES DOUGLAS NURMI,

11          Defendant.

12  JAMES DOUGLAS NURMI,

13          Counterclaim-Plaintiff

14     v.

15  THORIUM CYBER SECURITY, LLC

16          Counterclaim-Defendant

17

Case No. 3:19-cv-07669-WHO

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS AND TO DISSOLVE THE TEMPORARY RESTRAINING ORDER**

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff and Counterclaim-Defendant Thorium Cyber Security LLC ("Thorium") and

2    Defendant and Counterclaim-Plaintiff James Douglas Nurmi ("Defendant") have moved this

3    Court to:  (1) dismiss their claims and counterclaims in this action; and (2) dissolve the temporary

4    restraining order entered on December 6, 2019 (Dkt. No. 12) and extended on January 7, 2020

5    (Dkt. No. 18).  The Court, having considered the joint motion, and being fully advised in this

6    matter, finds as follows:

7    IT IS HEREBY ORDERED THAT the Joint Motion to Dismiss with Prejudice All Claims

8    and Counterclaims and to Dissolve the Temporary Restraining Order is GRANTED.  Both

9    parties' claims and counterclaims in this case are hereby dismissed with prejudice. The temporary

10   restraining order entered on December 6, 2019 (Dkt. No. 12) and extended on January 7, 2020

11   (Dkt. No. 18), is hereby dissolved.

12   **IT IS SO ORDERED.**

13

14    Dated: October 14, 2021

15

16   _____
     The Honorable Judge William H. Orrick
     United States Judge

17

18

19

20

21

22

23

24

25

26

27

28

-1-